# ALAN D. LEVINE
ATTORNEY AT LAW
80-02 KEW GARDENS ROAD
KEW GARDENS, NEW YORK 11415

(718) 793-6363
FAX: (718) 520-8751
E-MAIL: alandlaw@justice.com

November 18, 2009

**VIA ECF**
Honorable Denis R. Hurley, Sr.
Senior United States District Judge
934 Federal Plaza
Central Islip, New York 11722

   Re: <u>Cadet v. Miller, et al.</u>
     05 CV 5042 (DRH)(WDW)

Dear Judge Hurley:

  I am the attorney for the plaintiffs in the above-referenced action. I write to inform the Court that the action has been settled. An executed stipulation of settlement and discontinuance shall be forwarded to the Court in the very near future.

             Very truly yours,

             ALAN D. LEVINE

ADL/ll
cc: Donna Napolitano, Esq.