UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

ROBINSON CADET, SR. and VANESSA CADET,

                                Plaintiffs,            05-CV-5042
                                                                (DRH)

       -against-

P.O. JOHN MILLER, P.O. JOSEPH GIACONE, P.O.
KURT FARACZEK, P.O. NATALIE COPPOLA and THE         STIPULATION AND
COUNTY OF NASSAU,                                              ORDER OF DISMISSAL
                                                                       WITH PREJUDICE
                                    Defendants.

------------------------------------------------------------------- x

        IT IS HEREBY STIPULATED, CONSENTED AND AGREED, by and between the undersigned, counsel for the respective parties, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, that the above-entitled action is dismissed **with prejudice**, and without costs or attorney fees to either party as against the other.

Dated: Central Islip, New York
         ~~November   , 2009~~
         December 2, 2009

_____                    LORNA B. GOODMAN
Alan D. Levine, Esq.                                        Nassau County Attorney
80-02 Kew Gardens Road, Suite 302
Kew Gardens, New York 11415                    _____
Attorney for Plaintiffs                                          Donna A. Napolitano, Esq.
                                                                      Deputy County Attorney
                                                                      One West Street
                                                                      Mineola, New York 11501
                                                                      Attorneys for Defendants

SO ORDERED:


_____
    U.S. District Judge Denis R. Hurley